UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBORAH COOPER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:22-CV-00367 |
| | § | |
| vs. | § | |
| | § | |
| BARNES & NOBLE, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action

**IT IS SO ORDERED.**

**SIGNED this 13th day of April, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE